FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP - 2 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EPHRAIM POSTELL

    Plaintiff,

v.

RYDER TRUCK RENTAL, INC. and
HARLEYSVILLE MUTUAL INSURANCE
COMPANY

    Defendants.

CIVIL ACTION NO.
1:11-CV-2895-ODE

ORDER

As Senior Judge of the Northern District of Georgia, the assignment of this case is DECLINED.

The case is hereby returned to the Clerk for reassignment.

SO ORDERED, this __3__ day of September, 2011.

_____
ORINDA D. EVANS
SENIOR UNITED STATES DISTRICT JUDGE